ROSENSTEIN v. NEW YORK, N. H. & H. R. CO.

(Supreme Court, Appellate Term.   June 30, 1908.)

APPEAL AND ERROR—RECORD—RETURN.
    The orders appealed from, denying motions, being in the record, but the
    moving papers and the affidavits submitted in support of the motions not
    being annexed to or forming part of the return, the record will be return-
    ed to the lower court for resettlement and correction.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error,
    §§ 2830–2833.]

Appeal from Municipal Court, Borough of Manhattan, Second Dis-
trict.

Action by Abraham Rosenstein, by Philip Rosenstein, his guardian
ad litem, against the New York, New Haven & Hartford Railroad
Company.   Plaintiff had judgment, and defendant appeals.   Record
returned for resettlement and correction.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEA-
BURY, JJ.

William Greenough, for appellant.
Jacob W. Block, for respondent.

PER CURIAM.   The defendant appeals from the judgment entered
against it in favor of the plaintiff, and also brings up for review two
orders denying its two motions made that a commission issue to take
the testimony of an absent witness.   The orders appealed from are
in the record, but the moving papers and the affidavits submitted in
support of the motions are not annexed to or form part of the return.

The record will therefore be returned to the lower court for reset-
tlement and correction.